UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Angela Carter, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) Civil Action No. | 6:17-cv-02457-DCC |
| | ) | |
| Brookdale Senior Living Communities, Inc., | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the defendant's motion to compel arbitration is granted and this case is dismissed.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended granting the defendant's motion to compel arbitration.

Date:   July 2, 2018                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                               s/Ashley Buckingham
                                                               _____
                                                               *Signature of Clerk or Deputy Clerk*